UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**Case Number:   21-20391-CIV-MARTINEZ**

ANALYS ROMAO,

     Plaintiff,

v.

BODY TEK FITNESS, INC.,

     Defendant.

_____/

**<u>ORDER ON DEFAULT FINAL JUDGMENT PROCEDURE</u>**

     **THIS CAUSE** came before the Court upon the Clerk's Default entered against Defendant [ECF No. 6].   Accordingly, it is:

     **ORDERED AND ADJUDGED** that

     1.     If Defendant fails to respond to the Complaint and/or move to set aside the Clerk's Default on or before **<u>March 31, 2021</u>** then Plaintiff shall file a motion for default final judgment with supporting documentation and authorities concerning damages. Plaintiff's Motion for Default Final Judgment [ECF No. 7] is premature and legally insufficient and therefore **DENIED WITHOUT PREJUDICE**. Consistent with this order, Plaintiff shall refile the motion containing a legal memorandum regarding the damages sought. Failure to support damages with sufficient legal authorities and/or evidence may result in the denial of damages.

     2.     Plaintiff shall immediately send a copy of this Order to Defendant and file a certificate of service.

3.      The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only.   This shall not affect the substantive rights of the parties.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of March, 2021.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

-2-