**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**ANALYS ROMAO,**

        Plaintiff,

vs.                                        **CASE NO.: 21-CV-20391-JEM**

**BODY TEK FITNESS, INC.**
A Florida corporation,

        Defendant.
_____/

### NOTICE OF FILING DEFENDANTS BANKRUPCTCY FILING

The Plaintiff, **ANALYS ROMAO,** by and through the undersigned counsel, pursuant to The Federal Rules of Civil Procedure, hereby files a Notice of Bankruptcy filed by Defendant, **BODY TEK FITNESS, INC.**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed using the CM/ECF system, and a copy will be mailed to Defendant, BODY TEK FITNESS, INC. c/o Registered Agent, Michael Verdugo, 2214 N Dixie HWY, Wilton Manors, FL 33305, on this 20 day of April, 2021.

Respectfully submitted,

**LAW OFFICES OF RICHARD J. CALDWELL, P.A.**
Attorneys for Plaintiff
66 West Flagler Street, Suite #601
Miami, FL 33130
Telephone (305) 529-1040
Facsimile (305) 529-1995
Email: richard@caldwell.legal  rjcaldwellpa@gmail.com
         assistant@caldwell.legal

By: _____
     Richard J. Caldwell, Esq.
     Florida Bar No. 825654