United States Bankruptcy Court
Southern District of Florida

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 04/19/2021 at 1:54 PM and filed on 04/19/2021.

**Body Tek Fitness, Inc.**
2214 N Dixie Hwy
Wilton Manors, FL 33305
Tax ID / EIN: 27-4284502
*dba* **Bodytek Fitness Davie**
*dba* **Bodytek Fitness Wilton Manors**
*dba* **Bodytek Fitness Wynwood**



The case was filed by the debtor's attorney:

**Susan D. Lasky, Esq**
320 SE 18 Street
Fort Lauderdale, FL 33316
(954) 400-7474

The case was assigned case number 21-13698-SMG to Judge Scott M Grossman.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.flsb.uscourts.gov or at the Clerk's Office, , .

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Joseph Falzone**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center |
|---|


EXHIBIT A

https://ecf.flsb.uscourts.gov/cgi-bin/NoticeOfFiling.pl?780120    4/19/2021

| Transaction Receipt                                      |||
|---|---|---|
| 04/19/2021 13:55:13                                      |||
| PACER Login: | sl0071:2635893:0 | Client Code: |   |
| Description: | Notice of Filing | Search Criteria: | 21-13698-SMG |
| Billable Pages: | 1 | Cost: | 0.10 |